**Harry James FOWLER,**
**Plaintiff–Appellant,**

v.

**Roger HUTCHINGS; Lieutenant Hartso, a/k/a Marvin Hartso; Deputy Cornett, Defendants–Appellees.**

**No. 01–6805.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Harry James Fowler, pro se. Harry Lee Davis, Jr., Davis & Hamrick, L.L.P., Winston Salem, NC, for appellees.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Harry James Fowler appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fowler v. Hutchings,* No. CA–98–9–5–2–MU (W.D.N.C. filed Mar. 29, 2001; entered Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*